**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

vs.                                                      3:94cr3136/RV

**BENNIE CLEVELAND WILLIAMS**

## ORDER

The defendant has filed a notice of appeal (doc. 334) which this court construes as a request for a certificate of appealability.[1] Defendant appeals the court's denial of his motion pursuant to 18 U.S.C. § 3582(c)(2). (Doc. 333). Unless a certificate of appealability is issued, the defendant may not take an appeal from the final order denying Section 2255 relief, or relief pursuant to Rule 60(b). See 28 U.S.C. 2253(c)(1)(B); *Gonzalez v. Secretary of Department of Corrections*, 317 F.3d 1308, 1312 (11th Cir. 2003). It does not appear that a certificate of appealability is required under the circumstances in this case where a defendant seeks to appeal the denial of a motion pursuant to § 3582 that was not construed as a § 2255 motion. See *United States v. Hernandez*, 2004 WL 1147258, *1 (4th Cir. 2004) (finding no certificate of appealability required, citing 28 U.S.C. § 2253(c)(1)(B)); *Lowe v. United States,* 2007 WL 41951, *1 (M.D.Ga. 2007) (same); *United States v. Robinson,* 2006 WL 2350016, *2 (E.D.Tex.,2006) (same); *U.S. v. Camarillo-Hernandez*, 2003 WL 1529582, *1 (5th Cir. 2003) (reviewing merits of § 3582 appeal without certificate of appealability); *United States v. Lindsey,* 3 Fed.Appx. 116-117, ,**1 (4th Cir. 2001) (same); compare *United States v. Walters ,*213 Fed.Appx. 190, *191, 2007 WL 136694, **1 (4th Cir. 2007); *United States v. Crawford ,* 2007 WL 1745876, *1 (11th

---

[1] *See Edwards v. United States*, 114 F.3d 1083 (11TH Cir. 1997) (district courts must treat notices of appeal in Section 2255 actions as applications for certificates of appealability).

Cir. 2007); *United States v. Perez,* 197 Fed.Appx. 895, *896, 2006 WL 2805648, **1 (11th Cir. 2006); *United States v. Jackson,* 187 Fed.Appx. 381, 2006 WL 1824839, **1 (5th Cir. 2006); *United States v. Miller*, 116 Fed. Appx 457 (4th Cir. 2004).  To the extent one would be required, the court finds that defendant has not made a substantial showing of a denial of a constitutional right for the reasons stated in the court's order denying his original motion.  (Doc. 333).  Thus, his request for a certificate of appealability will be denied.

Defendant has not filed a motion for leave to proceed *in forma pauperis.*  The court finds that the appeal is not taken in good faith and he is not otherwise entitled to so proceed.  Fed.R.App.P. 24(a)(3).  Defendant shall therefore pay the $455.00 filing fee within thirty days.

DONE AND ORDERED this 3rd day of October, 2007.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**

*Case No: 3:96cr57/RV; 3:03cv2/RV/MD*