# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.  Case Nos.:  3:94cr3136/RV/CJK
              3:98cv59/RV/CJK

**BENNIE CLEVELAND WILLIAMS**
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 6, 2013 (doc.469). Defendant has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. Defendant's "Motion to Re-open § 2255 with an Affirmative Order in light of Martinez v. Ryan, which extended the Sixth Amendment Right to Effective Counsel" (doc. 462) is **DENIED**.

2. The Government's "Motion to Dismiss Defendant's Motion to Reopen Title 28 United States Code, section 2255 Case" (doc. 466) is **GRANTED**.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 10th day of October, 2013.

/s/ Roger Vinson
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**